IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| JOSE GUADALUPE CAMARILLO, ANTONIA ARTEMIA CAMARILLO, FRANCISCO ARTURO CAMARILLO, ALBERTO JAVIER CAMARILLO, JOSE GUADALUPE CAMARILLO, REINALDO CAMARILLO, PEDRO ENRIQUE CAMARILLO, SONIA ESPERANZA CAMARILLO, and MARIA CAMARILLO, Individually and on Behalf of The Estate of PEDRO CAMARILLO, § § § § § § § § § § § § | § § § § § § § § § CIVIL ACTION NO. 2:19-CV-00054 § § |
| Plaintiffs, § § | |
| v. § § | |
| FORT DUNCAN MEDICAL CENTER, L.P. d/b/a FORT DUNCAN REGIONAL MEDICAL CENTER, and UNITED STATES OF AMERICA,[1] § § § § § | |
| Defendants. § | |

## NOTICE OF REMOVAL

Defendant United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, hereby files its Notice of Removal with this Court removing the above-entitled action now pending as Cause No. 19-04-37237-MCVAJA in the 365th Judicial District Court, Maverick County, Texas, and in support of this Notice of Removal states as follows:

1.  On April 10, 2019, an action was filed as Cause No. 19-04-37237-MCVAJA in the

---

[1] The State Court action was styled Fort Duncan Medical Center L.P. d/b/s Fort Duncan Regional Medical Center, Dr. Robert Marquinez, and United Medical Centers. Upon removal, the United States of America is being substituted for Dr. Robert Marquinez, and United Medical Centers pursuant to 28 U.S.C. § 2679(d)(1).

365th Judicial District Court, Maverick County, Texas, entitled *Jose Guadalupe Camarillo, Antonia Artemia Camarillo, Francisco Arturo Camarillo, Alberto Javier Camarillo, Jose Guadalupe Camarillo, Reinaldo Camarillo, Pedro Enrique Camarillo, Sonia Esperanza Camarillo, and Maria Camarillo, Individually and on Behalf of The Estate of Pedro Camarillo v. Fort Duncan Medical Center, L.P. d/b/a Fort Duncan Regional Medical Center, Dr. Robert Marquinez, and United Medical Centers*.  A copy of Plaintiffs' Original Petition, Request for Disclosure, and all pleadings are attached hereto as **Exhibit 1**.  The United States has not been served with the Citation or Petition.  Trial has not been set or held.

2. Attached hereto as **Exhibit 2** is a certification that Defendant Dr. Robert Marquinez and United Medical Centers were acting within the scope of their deemed federal employment at the time of incident out of which this suit arose.

3. This Notice of Removal is made pursuant to the provisions of 42 U.S.C. § 233(c)[2] (civil actions or proceedings against commissioned officers or employees).

4. Pursuant to the provisions of 28 U.S.C. § 1446(d), a Notice of Filing Notice of Removal will be filed with the 365th Judicial District Court in Maverick County, Texas, a true and correct copy of which is attached hereto as **Exhibit 3**.

5. Pursuant to Local Court Rule CV-3(a), a JS 44, Civil Cover Sheet is attached hereto as **Exhibit 4**.

6. As this federal case is being initiated via removal, a Supplement to JS 44 is attached hereto as **Exhibit 5**.

---

[2] Under 42 U.S.C. § 233(c), upon a certification by the Attorney General that the defendant was acting in the scope of his employment at the time of the incident out of which the suit arose, any such civil action or proceeding commenced in a State court shall be removed without bond **at any time before trial**.

WHEREFORE, Defendant United States of America provides this Notice that the action now pending in the 365th Judicial District Court, Maverick County, Texas against Defendants Fort Duncan Medical Center, L.P. d/b/a Fort Duncan Regional Medical Center, Dr. Robert Marquinez, and United Medical Centers and Defendant United States of America is removed to this Court.

    Respectfully submitted,

    **JOHN F. BASH**
    **UNITED STATES ATTORNEY**

By:   */s/Faith Johnson Lowry*
    **FAITH JOHNSON LOWRY**
    Assistant United States Attorney
    601 NW Loop 410, Suite 600
    San Antonio, Texas 78216-5597
    Texas Bar No. 24099560
    faith.johnson@usdoj.gov
    Tel. (210) 384-7355
    Fax. (210) 384-7358

    **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I certify that on August 28, 2019, a true and correct copy of the foregoing Notice of Removal was electronically filed via the Court's CM/ECF system and served upon the following attorney of record via Federal Express and e-mail to:

Daniel R. Dutko
Rusty Hardin and Associates LLP
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas  77010

Edward J. Castillo
Gonzalez Castillo, LLP
1317 E. Quebec Avenue
McAllen, Texas  78503

*/s/Faith Johnson Lowry*
**FAITH JOHNSON LOWRY**
Assistant United States Attorney